## UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ILLINOIS

**TRACY GENE CATES,**

    **Plaintiffs,**

**v.**

**BOARD OF TRUSTEES OF THE LINE
CONSTRUCTION BENEFIT FUND,**

    **Defendant.**                    **No. 13-cv-1178-DRH**

### JUDGMENT IN A CIVIL CASE

    **DECISION BY COURT.**   This matter is before the court on the Stipulation of Dismissal executed by the plaintiff and defendant.

    **IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order Dismissing Case (Doc. 28), entered on August 13, 2014, this case is **DISMISSED** with prejudice.

                       **JUSTINE FLANAGAN,**
                       **ACTING CLERK OF COURT**

                       **BY:_____/s/*Caitlin Fischer*_____**
                           **Deputy Clerk**

Dated:  August 13, 2014

Digitally signed by
David R. Herndon
Date: 2014.08.13
12:07:03 -05'00'

APPROVED:
        CHIEF JUDGE
        U. S. DISTRICT COURT